**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P.
                                       D/B/A Kindred Hospital of Clear Lake v. Cristobal Morales

Appellate case number:     01-15-00843-CV

Trial court case number:     2014-40158

Trial court:                          189th District Court of Harris County

       The motion for rehearing filed by Appellants Kindred Healthcare, Inc. and Triumph Hospital of East Houston, L.P., doing business as Kindred Hospital of Clear Lake, is **denied**.

Justice's signature:   /s/ Jane Bland
                                   Acting for the Court

Panel consists of: Justices Bland, Brown, and Lloyd

Date:  July 21, 2016